New York & New Jersey Transportation Company, Libelant-Appellee, v. United States, as owner of Steamship LAKE GRAFTON, Respondent-Appellee; H. P. Mills, Impleaded, etc., Respondent-Appellant.

(Circuit Court of Appeals, Second Circuit. December 20, 1926.)

No. 115.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from final decree in admiralty entered in the District Court for the Southern District of New York.

Foley & Martin, of New York City (W. J. Martin, of New York City, of counsel), for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Horace M. Gray, Sp. Asst. U. S.

Atty., of New York City, of counsel), for the United States.

Macklin, Brown, Lenahan & Speer, of New York City (Gerald J. McKernan, of New York City, of counsel), for libelant appellee.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs, and 5 per cent. additional damages, under rule 27.